IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ASSCON INTERNATIONAL COMPANY LIMITED LLC <br><br> Defendant. | Civil Action No. 2:20-CV-00042-JRG |

**AFFIDAVIT OF MELISSA R. SMITH IN SUPPORT OF PLAINTIFFS'
POST-JUDGMENT WRIT OF GARNISHMENT**

STATE OF TEXAS

COUNTY OF SMITH

Before me, the undersigned notary, on this day personally appeared Melissa R. Smith, the affiant, who, being by me duly sworn, deposed as follows:

1. My name is Melissa R. Smith. I am of sound mind, over the age of twenty-one (21) years, capable of making this affidavit, and have personal knowledge of the facts herein stated, which are true and correct.

2. I am counsel for Whirlpool Corporation, Whirlpool Properties, Inc., and Maytag Properties, LLC (collectively, "Garnishors"), the Plaintiffs in the above-referenced action.

3. I am authorized to make this Affidavit and Application For Writ of Garnishment in this cause.

4. I have personal knowledge of the facts stated in this Affidavit, and they are true and correct.

5. Garnishors own a judgment against Asscon International Company Limited LLC ("Asscon" or "Judgment-Debtor"), which was rendered on April 27, 2020 by the United States District Court, Eastern District of Texas, Marshall Division in Civil Action 2:20-CV-00042-JRG styled *Whirlpool Properties, Inc., et al. v. Asscon International Company Limited LLC* (the "Judgment"). A true and correct copy of the Judgment is attached as Exhibit "1". The Judgment is valid and subsisting, and a supersedeas bond has not been approved and filed to suspend execution of the Judgment. The amount now due and unpaid on the Judgment is $1,075,778.87.

6. Within my knowledge, Judgment-Debtor does not possess property in Texas subject to execution sufficient to satisfy the Judgment. This knowledge is based, in part on the fact that Defendant is a foreign corporation incorporated in Hong Kong with no known presence in the United States. This garnishment is not sought to injure Judgment-Debtor or Garnishee.

7. I have reason to believe that Garnishee is indebted to Defendant. My belief is based on evidence that Asscon owns and operates the domain name clatterans.com, clatteransonline.com, and clatteransfilters.com (the "Subject Domain Names")[1] which offers offer goods for sale online and accept payments for sales via PayPal, Inc.

---

[1] The Defendant uses the Subject Domain Name www.clatteransonline.com as a supporting domain name which directs traffic to its interactive, commercial website operating under the www.clatteransfilters.com Subject Domain Name.

2

Further, affiant sayeth not.

SIGNED, on this 22nd day of March 2021.

_____
Melissa R. Smith

SUBSCRIBED AND SWORN BEFORE ME on the 22nd day of March 2021, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas.

DIANA ARIAS
My Notary ID # 130743169
Expires July 23, 2024