**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC.,<br>WHIRLPOOL CORPORATION,<br>MAYTAG PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ASSCON INTERNATIONAL COMPANY<br>LIMITED LLC<br><br>Defendant. | Civil Action No. 2:20-CV-00042-JRG |

STATE OF TEXAS:
TO EACH SHERIFF OF THE STATE

**WRIT OF GARNISHMENT**

YOU ARE COMMANDED to summon the Garnishee, **PAYPAL, INC. ("PayPal"), 2211 NORTH FIRST STREET, SAN JOSE, CA  95131,** and its related companies and affiliates, to serve an answer to this writ on **Gillam & Smith, LLP, Counsel for Plaintiffs, 303 S. Washington Avenue, Marshall, Texas 75670,** at or before 10 o'clock a.m. on the Monday next following the expiration of twenty (20) days from the date of service of this writ on Garnishee, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Asscon International Company Limited LLC ("Asscon"), and the accounts and email addresses as also identified on Schedule "A" hereto whom, upon information and belief, are employed by Garnishee, at the time of the answer or were indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of Defendant the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to Defendant or who may be in possession or control of any of the property of Defendant. The amount set in Plaintiffs' Motion is $1,075,778.87 against Defendant.

Dated on _____ __, 2021

By: _____
as Deputy Clerk

**SCHEDULE "A"**
**SUBJECT DOMAIN NAME AND PAYPAL ACCOUNT**

| Subject Domain Name | PayPal Account |
|---|---|
| Clatterans.com | info@clatterans.com |
| Clatteransonline.com | gsslxxrp@limei-trading.com |